**No. 57193.**—Arnhold & Co., Inc., et al. *v.* United States, protests 765666–G, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57194.**—J. H. Bleistein, Inc., et al. *v.* United States, protests 924182–G, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57195.**—B. S. Bernstein, Inc., et al. *v.* United States, protests 977286–G, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57196.**—Walter Gumpert et al. *v.* United States, protests 143060–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung*

*Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57197.**—Amcan Furs, Ltd., and W. J. Byrnes & Co. of New York, Inc., et al. v. United States, protests 145109–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57198.**—Brenner Bros. et al. v. United States, protests 130936–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 25, 1953

**No. 57199.**—Chase Brass & Copper Co. v. United States, protest 195301–K (New York).

Opinion by LAWRENCE, J. It appearing from the record that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

**No. 57200.**—African Metals Corporation v. United States, protest 183059–K/14052 (New Orleans).

Opinion by LAWRENCE, J. From an examination of the papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.